IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEANGELO DUPREE SETTLES SR., | |
| Plaintiff, | 8:15CV82 |
| V. | **MEMORANDUM AND ORDER** |
| UNKNOWN KOSTZEWA, et al., | |
| Defendants. | |

On February 22, 2016, the Court dismissed Plaintiff's Amended Complaint with prejudice because it did not state a cognizable claim under 42 U.S.C. § 1983. (Filing No. 12.) On March 7, 2016, Plaintiff filed an "Objection to Memorandum and Order/Reconsideration." (Filing No. 14.)

Plaintiff has not identified any reasons warranting reconsideration of the Court's order of dismissal.

IT IS ORDERED that Plaintiff's "Objection to Memorandum and Order/Reconsideration" (Filing No. 14) is denied.

DATED this 9th day of March, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge